Vincent DeMarteleire, Appellant *v.* Commonwealth of Pennsylvania, Pennsylvania Game Commission, Appellee.

Argued March 5, 1982, before President Judge CRUMLISH, JR. and Judges BLATT and DOYLE, sitting as a panel of three.

*Michael S. Bomstein,* for appellant.

*Stuart M. Bliwas,* with him *Ronald H. Skubecz,* Deputy Attorney General, and *Edward G. Biester, Jr.,* Attorney General, for appellee.

OPINION BY PRESIDENT JUDGE CRUMLISH, JR., September 9, 1982:

Vincent DeMarteleire appeals a Bucks County Common Pleas Court order which affirmed the revocation of his hunting license by the Pennsylvania Game Commission.

Our scope of review is limited to determining whether there has been an error of law or whether the findings of the lower court are unsupported by competent evidence.[1] *Appeal of Capozzoli,* 63 Pa. Commonwealth Ct. 411, 437 A.2d 1340 (1981).

We affirm on the able opinion of Judge BORTNER, Pa. D. & C. 3rd      (1979).

Affirmed.

ORDER

The order of the Court of Common Pleas of Bucks County, No. 78-4427-11-6 dated January 11, 1979, is hereby affirmed.

Judge MENCER did not participate in the decision in this case.

---

[1] The parties agreed to adopt the lower court's findings of fact.